IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **08-cr-237-JLK**

**UNITED STATES OF AMERICA,**

       Plaintiff,

v.

**1.**    **BRANDON DUANE VEASLEY,**

       Defendant.

---

**MINUTE ORDER**

---

Judge John L. Kane **ORDERS**

      The time of the Change of Plea Hearing set for **September 5, 2008** is changed from 3:00 p.m. to **11:30 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

---

Dated: August 27, 2008