IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Criminal Action No. **08-cr-237-JLK**

**UNITED STATES OF AMERICA,**

       Plaintiff,

v.

**1.    BRANDON DUANE VEASLEY,**

       Defendant.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    A Supervised Release Revocation Hearing is set for **September 27, 2011 at 2:00 p.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.

Dated:  August 29, 2011