**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 08-cr-00237-JLK-01

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

BRANDON DUANE VEASLEY,

        Defendant.

**ORDER WITHDRAWING PETITIONS AND QUASHING WARRANT**

      This matter is before the Court upon report of the probation officer that on October 31, 2011, defendant was sentenced to a five-year term of imprisonment by Judge Edward David Bronfin, in Denver District Court Docket Number 2010CR4328. The sentence was ordered to be served concurrently with the sentence to be imposed in the federal supervised release violation proceedings. This Court is not bound by the state court's order. Accordingly, it is

      ORDERED that the petitions filed in this matter [Documents 31 and 41] are withdrawn, and the warrant, issued August 19, 2011, is quashed. It is

      FURTHER ORDERED that the defendant is released from federal custody to begin service of his Colorado Department of Corrections sentence.

      DATED at Denver, Colorado, this 1st day of November, 2011.

                                    BY THE COURT:

                                    ***s/John L. Kane***
                                    JOHN L. KANE
                                    Senior United States District Judge