**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 08-cr-00237-JLK
Civil Action No. 14-cv-03090-JLK

USA,

    Plaintiff,

v.

BRANDON DUANE VEASLEY,

    Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order, Docket Number 90, entered on June 18, 2015, by the honorable Judge John L. Kane, it is

ORDERED that the Motion to Vacate Pursuant to 28 U.S.C. § 2255 [Docket No. 71] is DENIED.  It is

FURTHER ORDERED that the civil action 14-cv-03090-JLK is dismissed.

Dated at Denver, Colorado this 18th day of June, 2015.

                          FOR THE COURT:
                          JEFFREY P. COLWELL, CLERK

                By: s/   J. Dynes
                          J. Dynes
                          Deputy Clerk